**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

SEP 17 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ EKW _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| BRIAN KEITH MAYS, | ) |
| | ) |
| Defendant. | ) |

No. **CR 24-389J**

**Violation:** 18 U.S.C. § 2113(a)
18 U.S.C. § 2113(d)

### I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Bank Robbery)

On or about July 5, 2024, in the Western District of Oklahoma,

---------------------------------------- **BRIAN KEITH MAYS** ----------------------------------------

knowingly took by force, violence, and intimidation from the person and in the presence of bank employees, money belonging to and in the care, custody, control, management, and possession of the FNB Bank located at 20941 SE 29th Street in Harrah, Oklahoma, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), and in committing the offense, **BRIAN KEITH MAYS** did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) & (d).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

for WILSON D. McGARRY
Assistant U.S. Attorneys